**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| **Case Number:** 18-58039 CKP | **Trustee:** | Larry J. McClatchey |
| **Case Name:** Britney Nicole Randolph | **Filed (f) or Converted (c):** | 12/28/18 (f) |
| | **§341(a) Meeting Date:** | 02/15/19 |
| **Period Ending:** 02/21/19 | **Claims Bar Date:** | 05/22/19 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home  10962 Grant Lane Pickerington OH 43147-0000 Fairfield county (see footnote) | 206,080.00 | 61,104.30 | | 0.00 | FA |
| 2 | Household goods and furnishings, including but not limitedto: large and small appliances, , kitchen, dining room, bedroom,living room furniture and furnishings, musical instruments andlawn and garden. | 1,550.00 | 0.00 | | 0.00 | FA |
| 3 | Household Electronics which includes 2 smart TVs and 2 iphones | 1,250.00 | 0.00 | | 0.00 | FA |
| 4 | Wearing apparel. | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Items of jewelry. | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on hand | 13.23 | 0.00 | | 0.00 | FA |
| 7 | Huntington Bank | 803.60 | 0.00 | | 0.00 | FA |
| 8 | Huntington Bank | 30.00 | 0.00 | | 0.00 | FA |
| 9 | FSA | 100.99 | 0.00 | | 0.00 | FA |
| 10 | Molina Healthcare | 458.97 | 0.00 | | 0.00 | FA |
| 11 | Possible tax refund | 0.00 | 0.00 | | 0.00 | 6,268.00 |
| | **TOTALS** (Excluding Unknown Values) | **$210,936.79** | **$61,104.30** | | **$0.00** | **$6,268.00** |

Regarding Property #1    Keep

**Major activities affecting case closing:**
REPORT NO.: 1 (February, 2019) Trustee is seeking turnover of Debtor's tax refunds.

**Initial Projected Date of Final Report (TFR):** September 30, 2019        **Current Projected Date of Final Report (TFR):** September 30, 2019

|   February 21, 2019   | /s/ Larry J. McClatchey |
|---|---|
| Date | Larry J. McClatchey |